**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter ____**7**____

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Axim, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Axim Global**<br>**DBA  Axim Software Inc. (in California)** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3977712** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3617 Nancy Creek Road**<br>**Charlotte, NC 28270**<br><u>Number, Street, City, State & ZIP Code</u><br><br>**Mecklenburg**<br><u>County</u> | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.aximglobal.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Axim, Inc.**
_____    Case number (*if known*) _____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5415__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | **Axim, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Axim, Inc.**                                      Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Axim, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2024**
MM / DD / YYYY

**X** **/s/ Scott Sweet**                             **Scott Sweet**
Signature of authorized representative of debtor     Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Andrew T. Houston**           Date   **April 10, 2024**
Signature of attorney for debtor                 MM / DD / YYYY

**Andrew T. Houston 36208**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**212 N. McDowell Street
Suite 200
Charlotte, NC 28204**
Number, Street, City, State & ZIP Code

Contact phone   **704-944-6560**     Email address   **ahouston@mwhattorneys.com**

**36208 NC**
Bar number and State

## <u>CORPORATE RESOLUTION</u>

Green Drake, Ltd, being the sole shareholder of Axim, Inc., a Delaware corporation (the "Company") having a corporate headquarters and its principal office and principal place of business located in Charlotte, North Carolina, does hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the shareholders or the board of directors of the Company:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 7 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officer(s) of the Company is/are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, notices, applications or any other pleadings or documents which are necessary or appropriate; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the officer(s) of the Company shall approve, to render legal services to, and to represent the Company in connection with such Chapter 7 proceeding and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that the officer(s) of the Company is/are authorized to retain on behalf of the Company such other professionals as the officer(s) of the Company deem necessary or appropriate, upon such terms and conditions as the  officer(s) of the Company shall approve, to render services to the Company in connection with such Chapter 7 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that the officer(s) of the Company is/are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officer(s) of the Company prior to the date hereof in connection with the reorganization or liquidation of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

Dated: Charlotte, North Carolina
      April 9, 2024

**GREEN DRAKE, LTD.,**
Sole shareholder of Axim, Inc.

By: _____

Steve Cloran
President

**AXIM, INC.,**

By: _____

R. Scott Sweet
CEO

Dated: Charlotte, North Carolina
      April 9, 2024

**GREEN DRAKE, LTD.,**
Sole shareholder of Axim, Inc.

By: _____

     Steve Cloran
     President

**AXIM, INC.,**

By: _____

     R. Scott Sweet
     CEO

**Fill in this information to identify the case:**

Debtor name    **Axim, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2024**        X **/s/ Scott Sweet**
                                              Signature of individual signing on behalf of debtor

                                          **Scott Sweet**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name __**Axim, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................ $ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................... $ **322,651.70**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*......................................................................... $ **322,651.70**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **4,789,800.55**

4.  **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b

      $ **4,789,800.55**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Axim, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Balance (-$722.89)** | **Checking** | **3000** | $0.00 |
| 3.2. | **Bank of America** | **Savings** | **7403** | $0.18 |
| 3.3. | **MWH Trust Account to be turned over to Trustee** | **Trust Account** | | $175,502.87 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    **$175,503.05**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor    **Axim, Inc.**                                               Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____ 56,318.49    -    _____ 0.00    = ....    _____ **$56,318.49**
                            face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                      | **$56,318.49** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | **Valuation method used for current value** | **Current value of debtor's interest** |

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                          % of ownership

       15.1.  **Axim Inc. UK Limited**                          **100%** %    **Debtor's Opinion**           $0.00

       15.2.  **Axim Shared Service Centre**                    **98%** %     **Debtor's Opinion**           $0.00

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                      | **$0.00** |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor    **Axim, Inc.**                                               Case number *(If known)* _____
         Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and related equipment** **See attached Asset Log** | $0.00 | Book Value | $0.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                           | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.aximglobal.com** **(Closed down)** | $0.00 | | $0.00 |

Debtor   **Axim, Inc.**                                      Case number *(If known)* _____
_____
Name

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**
     **Customer names, telephone numbers and**
     **email addresses**                        $0.00                              $0.00

64.  **Other intangibles, or intellectual property**
     **Avaya/Allstate Software**                $0.00   Development cost   $50,000.00

     **Tmetrics Software**                      $0.00   Development cost   $30,000.00

65.  **Goodwill**

66.  **Total of Part 10.**                                              $80,000.00

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)
     **Federal R&D tax credit**
     **To be applied by Trinet to payroll (although no**
     **employees now**
     **On hold by IRS**                           Tax year **2023**        $10,830.16

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights to**
     **set off claims**

Debtor    **Axim, Inc.**_____    Case number *(If known)* _____
Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                    | $10,830.16 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Axim, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $175,503.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $56,318.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $80,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,830.16 | |
| 91. **Total.** Add lines 80 through 90 for each column | $322,651.70 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    $322,651.70

**Axim, Inc.**
**A/R Aging Detail**
As of February 19, 2024

| Period | Date | Transaction Type | Invoice Num | Customer | Location | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **91 or more days past due** | 07/24/2023 | Invoice | 1450 | ConvergeOne:USAX-0676 C1 PoC (Costa Rica) | Axim Inc. USA | 09/12/2023 | 7,800.00 | 7,800.00 |
| | | | | | | **Total for 91 or more days past due** | **$ 7,800.00** | **$ 7,800.00** |
| **61 - 90 days past due** | 10/10/2023 | Invoice | 1481 | Avaya Inc:USAV-1311 Allstate CDR Phase 2 | Axim Inc. USA | 12/09/2023 | 8,070.35 | 8,070.35 |
| | 10/24/2023 | Invoice | 1483 | ConvergeOne:USAX-0676 C1 PoC (Costa Rica) | Axim Inc. USA | 12/13/2023 | 11,007.00 | 11,007.00 |
| | | | | | | **Total for 61 - 90 days past due** | **$ 19,077.35** | **$ 19,077.35** |
| **31 - 60 days past due** | 11/10/2023 | Invoice | 1489 | Avaya Inc:USAV-1311 Allstate CDR Phase 2 | Axim Inc. USA | 01/09/2024 | 15,000.00 | 15,000.00 |
| | 11/24/2023 | Invoice | 1492 | ConvergeOne:USAX-0676 C1 PoC (Costa Rica) | Axim Inc. USA | 01/13/2024 | 11,007.00 | 11,007.00 |
| | | | | | | **Total for 31 - 60 days past due** | **$ 26,007.00** | **$ 26,007.00** |
| **1 - 30 days past due** | 12/04/2023 | Invoice | 1496 | Avaya Inc:USAV-1311 Allstate CDR Phase 2 | Axim Inc. USA | 02/02/2024 | 3,434.14 | 3,434.14 |
| | | | | | | **Total for 1 - 30 days past due** | **$ 3,434.14** | **$ 3,434.14** |
| | | | | | | **TOTAL** | **$ 56,318.49** | **$ 56,318.49** |

| Axim Inc - Hardware Asset Log | | | | | | |
|---|---|---|---|---|---|---|
| Assets: Category | Make | Assets: Model Description | Assets: Serial Number | Name | Date acquired | Book value |
| Desktop | Dell | DESKTOP-3T6MRQD | 46A90019-2839-4927-BE4B-2261D6FB1FD8 | Rebecca Johnson | 12/15/2020 | $ - |
| Laptop | Dell | Inspiron | Service Tag: 5WZHHX2. | Rob Hendricks | 12/15/2020 | $ - |
| Laptop | Dell | XPS 13 7390 | 3D326271-579D-4875-94C2-48158282A5F1 | Marie Laguna | 12/15/2020 | $ - |
| Laptop | Dell | Inspiron 15" 7000 | 5WZHHX2 | Clint Niderstros | 02/23/2021 | $ - |
| Laptop | Dell | Inspiron 15 7591 2 in 1 used for CDV demos | Express Service Code 15060261170 Service Tag (s/n) 6X2HNW2 | Dan Arnett | 06/18/2020 | $ - |
| Laptop | Dell | Alienware m15 MFG 2019 | Express Service Code 28316818658 S/n DOB3P42 | Rebecca Johnson | 2019 | $ - |
| Laptop | Dell | Vostro Notebook 7500 | | Michael Rhoades | 05/21/2021 | $ - |
| Laptop | Dell | Inspiron 15 5000 | 43508663318 | Kenneth Stahl | 12/15/2020 | $ - |
| Laptop | Dell | Alienware m15 ESC 42722793074 | JMK1Q42 | Jack Montag | 05/14/2021 | $ - |
| Laptop | Dell | Inspiron 14" 7000 Series (7400) | | Eric Salley | 05/24/2021 | $ - |
| Laptop | Dell | XPS 13 7390 | 4C138A9F-037A-4F4A-86CE-FF79F93D910C | Scott Sweet | 12/15/2020 | $ - |

Laptop and Desktop write down policy - 2 years

**Fill in this information to identify the case:**

Debtor name __**Axim, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **Axim, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Aim SSC CR SRL**<br>**Montes de Oca**<br>**San Pedro**<br>**San Jose, SJ 11501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$144,043.67** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Alliance Technology Group LLC**<br>**Randall McCrea**<br>**7010 HI Tech Dr**<br>**Hanover, MD 21076**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Alliantist Ltd**<br>**Sussex Innovation Centre Science Park Sq**<br>**Falmer**<br>**Brighton, East Sussex BN1 9SB**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,915.98** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Allianz**<br>**100 International Drive 22nd Floor**<br>**Baltimore, MD 21202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,549.73** |

| Debtor | **Axim, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Amazon**
**410 Terry Avenue North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**American Red Cross**
**Tish Whitaker**
**Shared Services Centre**
**PO Box 410500**
**Charlotte, NC 28241-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**ARI**
**John Calogero**
**4001 Leadenhall Road**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**AT&T Services, Inc**
**Beth Edwards**
**PO Box 66524**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Avant  LLC**
**Michael Litwin**
**222 N. LaSalle St., Suite 1700**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Avaya Federal Solutions, Inc.**
**Mitzie A. Hatchett**
**12730 Fair Lakes Cir**
**Fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Avaya Inc**
**Reema Gupta**
**4655 Great America Parkway**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Axim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,739.77 |
|---|---|---|---|

**AWS**
**410 Terry Avenue North**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,155.22 |
|---|---|---|---|

**Axim Inc (UK) Ltd**
**20-22 Wenlock Road**
**London N1 7GU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,616.60 |
|---|---|---|---|

**Bank of America**
**BofA Business Card**
**PO Box 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  7426

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benefis Health System**
**Matt Raab**
**1101 26th St. S,**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,226.42 |
|---|---|---|---|

**BrownRudnick LLP (CXA)**
**One Financial Center**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4609

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,287.57 |
|---|---|---|---|

**Bullseye Media**
**322 1st Avenue Suite 500**
**Minneapolis, MN 55401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carahsoft Technology Corp**
**Bryan Jenkins**
**11493 Sunset Hills RoadSuite 100**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Axim, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

Cazandra LLC
407 Lincoln Rd  Ste 6G
Miami Beach, FL 33139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,259.50**

Charles Russell Speechlys
5 Fleet Place
London UK
EC4M 7RD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,859.80**

Chris Byrom
Little Acres, Ford Lane
Trottiscliffe
West Mailling, Kent ME19 5DP

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,219.50**

Chris Kay
19 St Albans Road
Halifax, West Yorkshire HX3 0ND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Citibank, N.A.
Its Branches, Subsidiaries and Affiliate
388 Greenwich Street, 10th Floor
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ConvergeOne
Joe Reed
10900 Nesbitt Avenue South
Bloomington,, MN 55437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CoxCom LLC
Melissa Rockwell
6305B Peachtree Dunwoody Rd
Atlanta, GA 30038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Axim, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,047.00**

**CT Corporation**
**P.O. Box 4349 Carol Stream**
 **IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5536

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CT Corporation System, as representative**
**330 N. Brand Blvd., Suite 700**
**Attn: SPRS**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Deloitte**
**Mike Syed**
**7900 Tysons One Place**
**McLean, VA 22012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First Corporate Solutions, Inc.**
**As Representative**
**914 S. Street**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Globalisation Partners**
**Ton Dedman**
**175 Federal Street, 17th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,770,672.01**

**Green Drake Limited**
**125 Winchester Road**
**Chandlers Ford**
**Eastleigh, Hampshire SO53 2DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00**

**HM Weis Consulting**
**4221 Crawford Drive**
**Pensacola, FL 32504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Axim, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Humana**
**Julie Castrup**
**PO Box 14750**
**Lexington, KY 40512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Intelication**
**Calli Wright**
**410 Berry St SE**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jason Pharmaceuticals Inc**
**Guru Mony**
**100 International Drive**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lien Solutions**
**PO Box 29071**
**Glendale, CA 91209-9071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LSQ**
**Kevin Wright**
**315 E Robinson St., Suite 200**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,227.40**

**Marcus H Gates Jr**
**13713 Grove Pond Drive**
**Midlothian, VA 23114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Marcus H Gates Jr**
**13713 Grove Pond Drive**
**Midlothian, VA 23114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Axim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Millennium Software Inc**
**Jay Patel**
**200 Town Centre, Suite 300**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $298,688.31 |
|---|---|---|---|

**Millersoft Ltd**
**Stuart House, Eskmills, Station Rd**
**Musselburgh EH21 7PB**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,468.79 |
|---|---|---|---|

**Peter Thompson**
**33 Barns Dene**
**Harpenden, Herts AL5 2HH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QBurst Technologies Inc**
**Saju Davasia**
**4414 Roundtree Lane**
**Missouri City, TX 77459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Rebecca E Johnson**
**13608 N 12th Way**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,680.00 |
|---|---|---|---|

**Richard M Dawson**
**4600 Park Rd, Ste 104**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,900.00 |
|---|---|---|---|

**Rob Hendricks Consulting LLC**
**2209 E 2650 N**
**Logan, UT 84341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Axim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sandler Partners**
**Courtney Morrow**
**423 S Pacific Coast Hwy, Suite 205**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.14 |
|---|---|---|---|

**SAP Concur**
**Concur Technologies Inc.**
**601 108th Avenue**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number __8494__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,378.12 |
|---|---|---|---|

**Scott Sweet**
**3617 Nancy Creek Rd**
**Charlotte, NC 28270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.90 |
|---|---|---|---|

**Sellers, Ayres, Dortoch, Lyons**
**301 S McDowell Street, Suite 410**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Small Business Administration**
**409 3rd St., SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,740.65 |
|---|---|---|---|

**Small Business Administration**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number __7905__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spry Squared**
**Stephen Spry**
**6 Inverness Court East, Suite 240**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Axim, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stafford County Public Schools**
**31 Stafford Ave**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Synnex**
**Adam Wilson**
**44201 Nobel Dr**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**T-Metrics Inc.**
**Arthur Pravato**
**4430 Stuart Andrews Boulevard**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,798.63**

**Terence Healy**
**1710 Creek Street**
**Kill Devil Hills, NC 27948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Southern Bank Company**
**221 South 6th Street**
**Gadsden, AL 35901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,458.00**

**Trinet**
**1 Park Place, Suite 600**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TTEC Technology, LLC**
**Brian Carmichael**
**6500 Riverplace Boulevard**
**Building 2 Suite 301**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Axim, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Verizon Sourcing**
**Theresa Lam**
**One Verizon Way**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Viable Resources Inc.**
**6547 Midnight Pass Road, No. 67**
**Sarasota, FL 34242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Waterfield**
**Phil Murphy**
**130 Produce Avenue, Suite C**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WK Lien Solutions**
**PO Box 29071**
**Glendale, CA 92109-9071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,914.84 |
|---|---|---|---|

**Zoom**
**55 Almaden Blvd.**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,789,800.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,789,800.55 |

**Fill in this information to identify the case:**

Debtor name  **Axim, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Reseller Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Avaya Inc<br>Reema Gupta<br>4655 Great America Parkway<br>Santa Clara, CA 95054 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Recruiting Fee Agreement** |
| State the term remaining | |
| List the contract number of any government contract | ConvergeOne, Inc.<br>10900 Nesbitt Avenue South<br>Minneapolis, MN 55437 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Business Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Humana<br>500 West Main Street<br>Louisville, KY 40202 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** |
| State the term remaining | |
| List the contract number of any government contract | Zoom Video Communications, Inc.<br>55 Almaden Blvd #600<br>San Jose, CA 95113 |

Fill in this information to identify the case:

Debtor name **Axim, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Scott Sweet** | **3617 Nancy Creek Rd Charlotte, NC 28270** | **Bank of America** | ☐ D _____<br>■ E/F  **3.14**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Axim, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$351.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,140,549.54** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$561,227.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Axim, Inc. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Joint Exhibit to Question 4, 13 & 30 and Notes Regarding the Debor and the Bankruptcy Schedules** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   __Axim, Inc.__                                               Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.**  **Moon Wright & Houston, PLLC 212 N. McDowell Street Suite 200 Charlotte, NC 28204** | **Attorney Fees** | **11/6/23 $10,000 for consulting paid hourly 2/9/24 $2,045 for consulting paid hourly 2/21/24 $15,338 flat fee Chapter 7 case and filing fee** | **$27,383.00** |
| Email or website address  **ahouston@mwhattorneys.com** | | | |
| Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **Axim, Inc.**                                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Avaya Inc<br>Reema Gupta<br>4655 Great America Parkway<br>Santa Clara, CA 95054** | **Intellectual Property to Support<br>Customer** | **January 2024** | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.2<br>. | **See Joint Exhibit to Question<br>4, 13 & 30<br>and Notes Regarding the<br>Debor and the<br>Bankruptcy Schedules** | | | **$0.00** |
| | **Relationship to debtor** | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Ascensus - Axim Global Retirement Plan** | EIN:  **232033** |

Debtor    **Axim, Inc.**                                            Case number *(if known)* _____

Has the plan been terminated?
☐ No
■ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

Debtor   Axim, Inc.   Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | Axim Inc. UK Limited 20-22 Wenlock Road London, N1 7GU UK | Professional services delivering projects and services on behalf of Axim Inc. | EIN:   12628490 From-To   May 28, 2020 - current |
| 25.2. | Axim Shared Service Centre CR SRL, Montes de Oca San Pedro, San Jose 11501 Costa Rica | Professional services delivering projects and services on behalf of Axim Inc. | EIN:   3-102-800752 From-To   November 9, 2020 - current |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Richard M. Dawson 4600 Park Road, Suite 104 Charlotte, NC 28209 | 2022 - Present |
| 26a.2.   Marina Kozak 33 Barns Dene Harpenden, UK AL5 2HH | 2022 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Axim, Inc.**                                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Richard M. Dawson**<br>**4600 Park Road**<br>**Suite 104**<br>**Charlotte, NC 28209** | **2021 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Richard M. Dawson**<br>**4600 Park Road**<br>**Suite 104**<br>**Charlotte, NC 28209** | **2023 - Current** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rodell Scott Sweet** | **3617 Nancy Creek Road**<br>**Charlotte, NC 28270** | **Director/Officer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Thompson** | **33 Barns Dene**<br>**Harpenden Herts**<br>**AL5 2HH** | **Director/Officer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Green Drake Limited** | **125 Winchester Road**<br>**Chandlers Ford**<br>**Eastleigh, Hampshire SO53 2DR** | **Investor/Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rebecca Johnson** | | **Director/Officer** | **0%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Axim, Inc.**                                                    Case number *(if known)*

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christopher Kay | 19 St. Albans Road Halifax West Yorkshire HX3 0ND | Director/Officer 0% | 9/30/19 - 7/31/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Terrence Healy | | Director/Officer 0% | 9/30/19 - 10/31/22 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Joint Exhibit to Question 4, 13 & 30 and Notes Regarding the Debor and the Bankruptcy Schedules** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Axim, Inc.**                                          Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 10, 2024**

**/s/ Scott Sweet**                                      **Scott Sweet**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Date | Description / Title | Foreign Currency | Payment (USD) | Reason | Comment |
|---|---|---|---|---|---|
|  | **Joint Exhibit to SOFA Nos. 4, 13, & 30** |||||
|  | **Payment to Insider - Axim Inc UK Ltd (1/1/22 - 3/15/24)** |||||
| 11/13/2023 | Axim Inc (UK) Ltd | £ 5,000.00 | $ 6,270.00 | Cr card payment | B/card Payment £4,705.15 |
| 10/17/2023 | Axim Inc (UK) Ltd | | $ 14,209.02 | Payroll & other expenses | £11,379.96 to cover PAYE £10,287.61, £54.51, £37.84, repay short loan to MK £1k, covering B/card Min Pmt |
| 10/04/2023 | Axim Inc (UK) Ltd | | $ 1,242.80 | Payroll & other expenses | B/card £720.32, RP Accountancy £184.80, Corporation tax £55.29, Bank charges £8.50, Quickbooks £28.80, admin £2.29 |
| 08/31/2023 | Axim Inc (UK) Ltd | | $ 5,902.56 | Payroll & other expenses | MK Salary £2060.31 , Quickbooks £28.80, Bank fees £8.50, Aegon Pensions contributions £2442.23 |
| 08/30/2023 | Axim Inc (UK) Ltd | | $ 1,036.88 | 3rd party expense | RP Accountancy £418.80 (mthly charge & P11d), Peninsula HR Mthly charge £291.56, Admin £89.64 |
| 08/25/2023 | Axim Inc (UK) Ltd | | $ 2,298.33 | HMRC | HMRC 2022/2023 P11d payment |
| 08/21/2023 | Axim Inc (UK) Ltd | | $ 1,397.53 | 3rd party expense | Aug 23 B/card Pmt £719.00, Canada Life insurance £351.00 |
| 07/31/2023 | Axim Inc (UK) Ltd | | $ 1,450.68 | 3rd party expense | AXA Monthy medical charge |
| 07/17/2023 | Axim Inc (UK) Ltd | | $ 1,343.60 | 3rd party expense | B/card Payment £649.79, Canada Life Life policy £350.21 |
| 06/30/2023 | Axim Inc (UK) Ltd | | $ 31,773.68 | Payroll & other expenses | Salary CK £5,797.99, MK £1564.07,PT £6324.26, HMRC PAYE £7693.35, RJ Accountancy £184.80, AXA Medical £1359.26, Bank charges £9.51 |
| 06/13/2023 | Axim Inc (UK) Ltd | | $ 6,441.50 | 3rd party expense | Cottage Consultancy £2,550.00, May Pension £2,178.02, B/card pmt £271.98 |
| 05/30/2023 | Axim Inc (UK) Ltd | | $ 20,029.28 | Payroll & other expenses | May 23 Salary CK £5797.99, MK £823.33, PT £6324.26, CK Costa Rica expenses £1,77.33, £432.46, Bank charges £8.50, Canada Life £380, Admin £266.13 |
| 05/15/2023 | Axim Inc (UK) Ltd | | $ 13,919.40 | Payroll & other expenses | Apr 2023 PAYE £7,377.73, egon Pension £2,178.023, AXA Medical £1043.82, Peninsula HR £291.60, Quickbooks £28.80, Admin £80.03 |
| 04/25/2023 | Axim Inc (UK) Ltd | | $ 22,881.60 | Payroll & other expenses | Apr 23 Salary, CK £5798.00, MK £823.33, PT £6,324.24, RJ Accountancy £184.80, Cottage Consultancy £2,136.00, Quickbooks £28.80, Peninsula HR £275.00, Bank charges £8.50, Mics £2,421.33 |
| 04/19/2023 | Axim Inc (UK) Ltd | | $ 14,411.14 | Payroll & other expenses | March 23 PAYE £10,314.39, B/card pmt £1000.00 |
| 04/05/2023 | Axim Inc (UK) Ltd | | $ 7,035.05 | Payroll | PT March Salay £5,500.00 |
| 03/29/2023 | Axim Inc (UK) Ltd | | $ 17,055.90 | Payroll & other expenses | March 23 Salary CK £5704.80, MK £942.08, AXA Medical £1,043.82, Aegon March Pension £2,189.27, Cottage Consulatancy £2,587.00, RJ Accountancy £178.99, Bank charges £8.50, Quickbooks £28.80, Advance PT March Salary, Peninsula £272.20 |
| 03/22/2023 | Axim Inc (UK) Ltd | | $ 15,087.60 | Payroll & other expenses | Feb PAYE £10,000.00, Aegon Feb Pension £2,000.00 |
| 03/01/2023 | Axim Inc (UK) Ltd | | $ 7,394.40 | Payroll | Feb Salary PT £6,000.00 |
| 02/23/2023 | Axim Inc (UK) Ltd | | $ 8,013.85 | Payroll & other expenses | Feb 23 Salary CR £5,704.80, AXA Medical £795.20 |
| 02/17/2023 | Axim Inc (UK) Ltd | | $ 5,874.95 | Payroll & other expenses | B/card pmt £3,017.94, MK Salary £823.33, PT £156.26, Admin £798.35 |

| Date | Entity | | Amount | Category | Description |
|---|---|---|---|---|---|
| 02/16/2023 | Axim Inc (UK) Ltd | | $ 17,917.65 | 3rd party expense | Aegon Jan Pension £2,200.52, PAYE £7,691.91, Managed 247 Ltd Contractor £4,536.58, admin £70.99 |
| 01/31/2023 | Axim Inc (UK) Ltd | | $ 3,405.81 | 3rd party expense | |
| 01/26/2023 | Axim Inc (UK) Ltd | | $ 24,097.70 | Payroll & other expenses | Jan 23 Salary CK £5,704.80, MK £1042.19, PT£8814.23, Inaccord Contractor £3,136.00, Canada Life Insurance £302.78 |
| 01/18/2023 | Axim Inc (UK) Ltd | | $ 17,057.63 | Payroll & other expenses | Dec 22 PAYE, Canada Life Insurance £350.21, Aegon Pension £2,216.27, Admin £149.79 |
| 12/29/2022 | Axim Inc (UK) Ltd | | 617.30 | 3rd party expense | Admin Charges |
| 12/23/2022 | Axim Inc (UK) Ltd | | 30,940.00 | Payroll & other expenses | Dec Salary CK £5,704.80, MK £1,154.44, PT £5,816.27, Inaccord Contractor Charge £2,066.40, Cottage Consultancy £8,700.00, Admin £1,345.99 |
| 12/16/2022 | Axim Inc (UK) Ltd | | 13,735.70 | Payroll & other expenses | PAYE £10,743.27, Admin £256.73 |
| 12/05/2022 | Axim Inc (UK) Ltd | | 19,344.00 | 3rd party expense | Aegon Pension £2,209.52, Admin £6.48, MRP Contracot £7,128.00, £6156.00 |
| 11/28/2022 | Axim Inc (UK) Ltd | | 26,036.49 | Payroll & other expenses | Peninsula HR £272.50, Nov 22 Salary CK £5,704.80, MK £1,097.59, PT £5,816.27, Contractor Inaccord £696.00, Contractor Cottage Consultancy £6,300.00, AXA Medical £1,043.82, Admin £49.27 |
| 11/16/2022 | Axim Inc (UK) Ltd | £14,000 | 17,067.40 | Payroll & other expenses | PAYE £11,340.94, Aegon Oct Pension £2,270.27, Canada Life Insurance £172.26, £177.98, Admin £38.55 |
| 10/27/2022 | Axim Inc (UK) Ltd | £4,458.00 | 5,290.31 | 3rd party expense | Contractor Inaccord £2,620.23, Contractor Cottage Consultancy £2,670.08 |
| 10/27/2022 | Axim Inc (UK) Ltd | £13,585.02 | 16,121.34 | Payroll & other expenses | Oct 22 Salary CK£ 5,592.90, PT £5,696.06, MK £1,252.26, AXA Medical £1,043.82 |
| 10/26/2022 | Axim Inc (UK) Ltd | | 8,870.86 | 3rd party expense | MRP £7,452.00 £1 = $1.1904 |
| 10/25/2022 | Axim Inc (UK) Ltd | | 3,838.88 | 3rd party expense | |
| 10/13/2022 | Axim Inc (UK) Ltd | £1,880.45 | 2,164.99 | 3rd party expense | RJ Accountancy £178.99, Peninsula HR £272.50, AXA Medical £1,043.82, bank charges £8.50, Quickbooks £26.40, Canadal Life £350.24 |
| 10/13/2022 | Axim Inc (UK) Ltd | £13,615.14 | 15,729.32 | Payroll & other expenses | PAYE Sept 22 £11,376.37, Aegon pension Sept £2,238.77 |
| 09/28/2022 | Axim Inc (UK) Ltd | | 22,507.13 | Payroll & other expenses | Sept 22 Salary CK £5,592.90, PT £5,696.04, MK £1,299.37, Inaccots Contractor £3,312, Contractor Cottage Consultancy £3,750.00 |
| 09/14/2022 | Axim Inc (UK) Ltd | £11,900 | 14,060.90 | 3rd party expense | June 22 PAYE £11,340.94, admin £559.06 |
| 09/14/2022 | Axim Inc (UK) Ltd | £8,100 | 9,577.10 | Payroll & other expenses | Contractor MRP Group £1,296.00, MRP Group £6,804.00 |
| 08/25/2022 | Axim Inc (UK) Ltd | | 21,056.30 | Payroll & other expenses | Aug 22 Salary CK £5,592.90, PT £5,696.04, MK £1,252.26, Mercer £1,681.00, RPJ Accountancy £178.99, peninsula HR £272.50 AXA Health £1,043.82, Quickbooks £26.40, Bank charges £8.50, UK Concur espense softwre £291.50, Canada Life insurance £172.00, Segement £129.69, Admin and B/card £100.40 |
| 08/25/2022 | Axim Inc (UK) Ltd | | 4,435.60 | 3rd party expense | Contractors Cottage Consultancy and Inaccord £3,370 , Admin £284 |
| 08/12/2022 | Axim Inc (UK) Ltd | | 18,039.45 | Payroll & other expenses | June 22 PAYE £11,340.94 and admin £559.06 |
| 07/29/2022 | Axim Inc (UK) Ltd | £2,550.00 | 3,192.86 | 3rd party expense | UK Contractor Cottage Consultancy |

| Date | Payee | Amount | Balance | Category | Description |
|------|-------|--------|---------|----------|-------------|
| 07/28/2022 | Axim Inc (UK) Ltd | £19,000.00 | 23,738.60 | Payroll & other expenses | July 22 Salary CK £5,927.88, PT £5,766.62, MK £899.29, Managed service provider £3,789.50, RPJ Accountancy £178.99, Peninsula HR £272.50, CK Staff exoenses £1,172.11 CR Trip, AXA Medical £990.34, admin £2.77 |
| 07/18/2022 | Axim Inc (UK) Ltd | £11,500.00 | 14,092.10 | Payroll & other expenses | June 22 PAYE £10,738.10, Accountancy Charge Benefits in Kind £300, Canada Life Insurance £317.24, Admin £144.66 |
| 07/07/2022 | Axim Inc (UK) Ltd | £500.00 | 6,149.50 | 3rd party expense | June 22 Aegon Pensions £2,187.02, AXA medical £990.34, Quickbooks £26.40, B/card £358.31, Bank charges £8.50, Segment £103.12, Admin £156.31, Contracots Cottage Consultancy £900.00, Inaccord £270.00 |
| 06/23/2022 | Axim Inc (UK) Ltd | | 22,478.40 | Payroll & other expenses | June 22 Salary CK £5,927.88, PT £5,766.62, MK £899.29, RPJ Accountancy £178.99, Peninsula HR £254.67, B/card £3,561.89, Segment £100.76, Quickbooks £26.40, Bank charges £8.50, Contractor Cottage Consultancy £1,275.00 |
| 06/15/2022 | Axim Inc (UK) Ltd | | 18,750.00 | 3rd party expense | May 22 PAYE £8,884.43, Aegon Pension £2,247.77, P Thompson PSS Expenses £445.91,£548.34, B/card £2,556.31 |
| 05/26/2022 | Axim Inc (UK) Ltd | | 4,903.90 | Payroll & other expenses | UK Month end Payroll  £3700, Payroll split as tfr below $5k US |
| 05/26/2022 | Axim Inc (UK) Ltd | | 4,774.85 | Payroll & other expenses | UK Month end Payroll  £3700 |
| 05/26/2022 | Axim Inc (UK) Ltd | | 4,645.80 | Payroll & other expenses | UK Month end Payroll  £3600 |
| 05/26/2022 | Axim Inc (UK) Ltd | | 4,519.90 | Payroll & other expenses | UK Month end Payroll  £3500 |
| 05/18/2022 | Axim Inc (UK) Ltd | | 2,870.41 | 3rd party expense | Payment split over 4 invoices Ap 22 Aegon Pensions £2,178.02 |
| 05/18/2022 | Axim Inc (UK) Ltd | | 3.84 | 3rd party expense | Quickbooks £15.60, bank charges £8.50, Canada Life Insurance £317.24, Peninsula HR £254.67, RPJ Accountancy £178.99 |
| 05/18/2022 | Axim Inc (UK) Ltd | | 2,812.69 | 3rd party expense | |
| 05/18/2022 | Axim Inc (UK) Ltd | | 10,085.85 | 3rd party expense | April PAYE £7,810.87 |
| 04/27/2022 | Axim Inc (UK) Ltd | | 16,096.02 | Payroll & other expenses | Salary PT £5,766.63, CK £5,928.29, MK $817.54, Admin £775.00 |
| 04/27/2022 | Axim Inc (UK) Ltd | | 996.98 | 3rd party expense | |
| 04/27/2022 | Axim Inc (UK) Ltd | | 1,642.03 | 3rd party expense | Contractors Inaccord £300, Cottage Consultancy £1125.00 |
| 04/27/2022 | Axim Inc (UK) Ltd | | 1,833.12 | 3rd party expense | |
| 04/19/2022 | Axim Inc (UK) Ltd | | 13,480.78 | Payroll & other expenses | March 22 PAYE £10,100.23 |
| 04/19/2022 | Axim Inc (UK) Ltd | | 1,563.84 | 3rd party expense | Contractor Managed 247 Task Fire Licensces £1,71.68 |
| 04/14/2022 | Axim Inc (UK) Ltd | £4,320.00 | 5,817.31 | Bill Payment | Cognisys # Inv 1855 £4320 |
| 04/08/2022 | Axim Inc (UK) Ltd | | 2,912.67 | 3rd party expense | Aegon Pensions £2,178.02 |
| 03/29/2022 | Axim Inc (UK) Ltd | £1,032.00 | 1,386.64 | 3rd party expense | Contractor Cottage Consultancy £1,032.00 |
| 03/29/2022 | Axim Inc (UK) Ltd | | 2,382.94 | 3rd party expense | Mar  22 AXA Medical £990.34, Quickbooks £18, Bank charges £8.50, Canada Life Insurance £317.24, Peninsula HR £254.67, RPJ Accountancy £178.99, |
| 03/29/2022 | Axim Inc (UK) Ltd | £12,889.59 | 17,354.53 | Payroll & other expenses | March 22 Salary CK £5,991.07, PT £6,038.55, MK £859.97 |
| 03/28/2022 | Axim Inc (UK) Ltd | £3,523.75 | 4,737.33 | 3rd party expense | Reimbursement of PJT Expenses from 10/09/2020 |
| 03/21/2022 | Axim Inc (UK) Ltd | £12,453.15 | 16,803.04 | Payroll & other expenses | Feb 22 Aegon  Pension £2,207.27, PAYE £10,245.88 |

| 03/11/2022 | Axim Inc (UK) Ltd | | 2,510.77 | Payroll & other expenses | Feb 22 AXA Medical £990.34, Quickbooks £15, Bank charges £8.50, Canada Life Insurance £317.24, Peninsula HR £254.67, RPJ Accountancy £178.99, B/card £70.65, ICO £40 |
| 03/11/2022 | Axim Inc (UK) Ltd | | 1,381.64 | 3rd party expense | Contractor Cottage Consulatancy £1,032.00 |
| 02/23/2022 | Axim Inc (UK) Ltd | £2,337.00 | 3,255.67 | 3rd party expense | UK Contractors Cottage Consultancy and In aacord £2337 |
| 02/23/2022 | Axim Inc (UK) Ltd | £13,097.54 | 18,246.19 | Payroll & other expenses | UK Feb 22 Payroll |
| 02/23/2022 | Axim Inc (UK) Ltd | | 2,492.57 | 3rd party expense | |
| 02/23/2022 | Axim Inc (UK) Ltd | | 25.04 | 3rd party expense | |
| 02/17/2022 | Axim Inc (UK) Ltd | £10,279.48 | 14,364.55 | Payroll & other expenses | Jan 22 PAYE £9,845.82, RPJ Accountancy £149.16, Peninsula HR £212.23 |
| 02/10/2022 | Axim Inc (UK) Ltd | | 7,018.30 | 3rd party expense | Jan22 Aegon Pensions £2,178.02, Accountancy P11D £250.00, HMRC P11D £1,896.10, Concur expense system £349.80, Canada Life Insurance £317.24 |
| 01/28/2022 | Axim Inc (UK) Ltd | £16,118.66 | 22,111.58 | Payroll & other expenses | Jan 22 Salary CK £5,991.08, PT £6,292.95, MK £859.97, RPJ Accountancy £178.99, Peninsula HR £254.67, Humana Support £1,725.00, Contractor Inaccord £816.00 |
| 01/24/2022 | Axim Inc (UK) Ltd | £10,008.19 | 13,802.29 | Payroll & other expenses | Dec 21 PAYE £10,008.19 |
| 01/07/2022 | Axim Inc (UK) Ltd | £5,044.20 | 7,032.16 | 3rd party expense | Website £420.00, PJT Expenses CR Nov trip £1,804.69, Dec 21 Aegon pensions £2,211.77, Canada Life Insurance £317.24, Laptop £279, Admin £11.50 |
| 01/07/2022 | Axim Inc (UK) Ltd | £1,184.66 | 1,618.48 | 3rd party expense | CR expenses PJT £1,184.66 |

| | Joint Exhibit to SOFA Nos. 4, 13, & 30 | | | |
|---|---|---|---|---|
| | Payment to Insider - Axim SSC SRL - Costa Rica (1/1/22 - 3/15/24) | | | |
| Date | Description/Title | Payment (USD) | Reason | Comment |
| 11/13/2023 | Axim Shared Services CR S.R.L. | $ 47,558.00 | Payroll | Nov mid-month |
| 10/26/2023 | Axim Shared Services CR S.R.L. | $ 21,000.00 | 3rd party expense | Oct 23 Month end, Wework $8,495, BHL $2,853.08, Procomer $255, Bank fee $31.47, GPS $750, Global Services $357.14, Bank fee $31.47, ASSA Medical $1,507.11 & $77.11, bank fee $3 |
| 10/26/2023 | Axim Shared Services CR S.R.L. | $ 40,000.00 | Payroll | Oct 23 Month end, SCP $39,691.34 and $925.00 |
| 10/13/2023 | Axim Shared Services CR S.R.L. | $ 6,100.00 | Payroll & other expense | Think House (KB) #007 and # 008 $3,000.00 each |
| 10/10/2023 | Axim Shared Services CR S.R.L. | $ 41,000.00 | Payroll & other expenses | Oct Mid month, SCP $40,620.58, bank fees $40 |
| 10/04/2023 | Axim Shared Services CR S.R.L. | $ 35,000.00 | 3rd party expense | BHL Aug $2,853.08, BHL $3055.68, WeWork Aug $10,225.90, Wework Sept $9917.43, ASSA $871.33, Procomer $513, Expenses Garcia $16.52, Expenses K Parratars $376.33, EA $7,294.28 |
| 09/27/2023 | Axim Shared Services CR S.R.L. | $ 35,000.00 | Payroll | Sept 22 Month end SCP $41,412.19 |
| 09/14/2023 | Axim Shared Services CR S.R.L. | $ 25,000.00 | 3rd party expense | Sept 22 mid month SCP $40,522.74, split with Invoice below #80, ASSA Medical $1,422.50, Think House $3,000 |
| 09/13/2023 | Axim Shared Services CR S.R.L. | $ 25,000.00 | Payroll & other expenses | Sept 22 mid month SCP $40,522.74, split with Invoice above #81, Bank fees $37.47, $3, $37.47, Staff expenses KB $685.80 |
| 08/29/2023 | Axim Shared Services CR S.R.L. | $ 26,500.00 | Payroll & other expenses | Aug Mth end pay, SCP $52,769.65, Bank fees $246,$40$39.72, $3 Linked to Invoice #78 see below |
| 08/29/2023 | Axim Shared Services CR S.R.L. | $ 27,000.00 | Payroll & other expenses | Aug Mth end pay, SCP $52,769.65, Bank fees $246,$40$39.72, $3 Linked to Invoice #79 see above |
| 08/22/2023 | Axim Shared Services CR S.R.L. | $ 49,500.00 | Payroll | Aug 22 Mid Month end SCP $47,303.15 |
| 08/09/2023 | Axim Shared Services CR S.R.L. | $ 4,000.00 | 3rd party expense | BHL $2,877.15, Procomer $300, Bank fees $100, Admin $600 |
| 07/31/2023 | Axim Shared Services CR S.R.L. | $ 63,000.00 | 3rd party expense | Think House $3,000, Procomer $300, ASSA Medical $1,186.26, Wework $9,725.73, SCP Admin $1380, SCP $47,746.26 from July 23 - late paying |
| 07/11/2023 | Axim Shared Services CR S.R.L. | $ 7,000.00 | 3rd party expense | Project Venus $4,515.45, ASSA medical $1,258.37 |
| 07/11/2023 | Axim Shared Services CR S.R.L. | $ 50,000.00 | Payroll | SCP $56,107.65 CHECK QBO |
| 07/03/2023 | Axim Shared Services CR S.R.L. | $ 25,000.00 | 3rd party expense | WeWork $9,641.34, BHL $2,853.08, Electronet $129.75, Nortec $7,467.72, Recluta $1,900, Recluta $3000, Fees $37.47, $3, $58.48 |
| 06/27/2023 | Axim Shared Services CR S.R.L. | $ 50,000.00 | Payroll & other expenses | SCP $46,945.14, SCP Admin $1350, Procomer $349.50, Bank fees $3, $40 |
| 06/12/2023 | Axim Shared Services CR S.R.L. | $ 50,000.00 | Payroll & other expenses | June 22 mid month SCP $45884.64, staff expenses GS $223.88, bank fees $40 Mark up |
| 06/08/2023 | Axim Shared Services CR S.R.L. | $ 1,000.00 | Expense | Bank account top up as less than $123 in account |
| 05/30/2023 | Axim Shared Services CR S.R.L. | $ 36,000.00 | 3rd party expense | May mth end, SCP $49,984.95 Wework $9,617.43, BHL $2,853.08, ASSA Medical $1,114.15, Recluta $6,500, Procomer $351, Bank charges $9, see below Inv # 66 |
| 05/26/2023 | Axim Shared Services CR S.R.L. | $ 30,000.00 | Payroll | May 23 month end, SCP $49,984.95, see Inv # 68 above |
| 05/25/2023 | Axim Shared Services CR S.R.L. | $ 500.00 | 3rd party expense | Recluta $500 |
| 05/10/2023 | Axim Shared Services CR S.R.L. | $ 20,000.00 | Payroll & other expenses | SCP May mid mth pay run $48,258.18, ASSA Medical $11,86.26, Bank charges $3, GS Staff expenses $42.2 |
| 05/09/2023 | Axim Shared Services CR S.R.L. | $ 30,000.00 | Payroll & other expenses | SCP May mid mth pay run $48,258.18, ASSA Medical $11,86.26, Bank charges $3, GS Staff expenses $42.2 |
| 04/25/2023 | Axim Shared Services CR S.R.L. | $ 35,000.00 | 3rd party expense | Procomer $345, April mth end CHECK |

| Date | Payee | Amount | Category | Description |
|---|---|---|---|---|
| 04/24/2023 | Axim Shared Services CR S.R.L. | $ 30,000.00 | Payroll & other expenses | April Mth end, Procomer $345, Wework, $9,740.5, BHL $2,853.08, SCP |
| 04/10/2023 | Axim Shared Services CR S.R.L. | $ 30,000.00 | Payroll | SCP Apr Mid mth |
| 04/10/2023 | Axim Shared Services CR S.R.L. | $ 22,000.00 | Payroll | SCP Apr Mid mth |
| 03/28/2023 | Axim Shared Services CR S.R.L. | $ 10,000.00 | Payroll & other expenses | SCP $3,933.57, Recluta $5,500, Procomer $346.80, Admin $219.63 |
| 03/27/2023 | Axim Shared Services CR S.R.L. | $ 45,000.00 | Payroll | SCP Mth end |
| 03/22/2023 | Axim Shared Services CR S.R.L. | $ 15,000.00 | 3rd party expense | March Mth end Wework $9,247.50, SCP Medical $1,200.00, SCP Admin $1,500, BHL $2467.50, Admin $585 |
| 03/13/2023 | Axim Shared Services CR S.R.L. | $ 5,000.00 | Payroll & other expenses | March 1 st cycle $43,677.11, ASSA adj $72.11 |
| 03/09/2023 | Axim Shared Services CR S.R.L. | $ 40,000.00 | Payroll | SCP March 1st cycle $43,677.11 |
| 02/23/2023 | Axim Shared Services CR S.R.L. | $ 17,600.00 | 3rd party expense | Corp Withholding tax |
| 02/21/2023 | Axim Shared Services CR S.R.L. | $ 40,000.00 | Payroll | SCP Feb mth end $40,907.13 |
| 02/16/2023 | Axim Shared Services CR S.R.L. | $ 16,000.00 | 3rd party expense | WeWork $9,353.95, BHL $2,863.80, SCP admin $1500.00, Procomer $300, ASSA Medical $1,200, Bank $20.35, mark up $761.90 |
| 02/13/2023 | Axim Shared Services CR S.R.L. | $ 10,000.00 | Payroll | SCP PSS/C1 $5616.47, PSS/Vox $3,796.98 |
| 02/10/2023 | Axim Shared Services CR S.R.L. | $ 12,000.00 | Payroll | SCP PSS/C1 |
| 02/06/2023 | Axim Shared Services CR S.R.L. | $ 20,000.00 | Payroll | SCP 1st Cycle Feb |
| 01/25/2023 | Axim Shared Services CR S.R.L. | $ 45,000.00 | Payroll & other expenses | SCP mth end $30,995.51, Tfr to Colonees account $4,794.46, ASSA Medical $1,114.15 plus admin |
| 01/23/2023 | Axim Shared Services CR S.R.L. | $ 16,000.00 | 3rd party expense | Wework $9,247.50, BHL $2,467.50, Procomer $303, Recluta $4000, Dismissals catch up $545, Mth 13 catch up $700, Bank charges $90.35 |
| 01/11/2023 | Axim Shared Services CR S.R.L. | $ 35,000.00 | Payroll & other expenses | SCP mth end $32,396.39, Mth 13 $700, Dismissals$545, Recluta $2000.00, Bank fees $10 |
| 12/22/2022 | Axim Shared Services CR S.R.L. | 16,000.00 | Payroll & other expenses | SCP $15,187.30, Admin $812.70 |
| 12/21/2022 | Axim Shared Services CR S.R.L. | 40,000.00 | Payroll & other expenses | Wework $9,247.50, BHL $2617.50, Procomer $240, Mth 13 adj $17,023.49, SCP |
| 12/12/2022 | Axim Shared Services CR S.R.L. | 5,000.00 | 3rd party expense | SCP Fee $1380, Medical Insurance $1,238.67, Baras $2,000 |
| 12/12/2022 | Axim Shared Services CR S.R.L. | 20,000.00 | Payroll & other expenses | Recluta $1,800, bank fees $15, staff expenses $285.00, $77.59, SCP dec mid mth |
| 12/05/2022 | Axim Shared Services CR S.R.L. | 20,000.00 | Payroll & other expenses | SCP 1st cycle Dec 22 $19,116.39 & Admin |
| 11/18/2022 | Axim Shared Services CR S.R.L. | 40,000.00 | Payroll & other expenses | SCP $37,539.06, ASSA Medical £1258.37 |
| 11/16/2022 | Axim Shared Services CR S.R.L. | 10,000.00 | Payroll | SCP, build up reserve |
| 11/10/2022 | Axim Shared Services CR S.R.L. | 30,000.00 | Payroll & other expenses | SCP PSS/C1 $17,217.52, EA $6,587.82, Ops $3561.07, EC ops $554.04, Admin $650.98 |
| 10/20/2022 | Axim Shared Services CR S.R.L. | 58,800.00 | Payroll & other expenses | WeWork $9,272.50, SCP admin $1375, BHL $2,617.50, Recluta $4,400.00, Nortec $1,355.05, SCP PSS/C1 $21,693.80, PSS/Vox $3,406.46, PSS/Gen $555.07, EA$6,600.01, Ops corp $3,599.98, EC Ops $555.07, Sales $669.13 |
| 10/11/2022 | Axim Shared Services CR S.R.L. | 40,000.00 | Payroll & other expenses | SCP 1st cycle $31,334.82, GPS $1,435.97 |
| 09/23/2022 | Axim Shared Services CR S.R.L. | 53,000.00 | Payroll & other expenses | WeWork $9,247.50, BHL $2,467.50, Procomer $200, SCP Admin $1350.00, SCP mth end |
| 09/13/2022 | Axim Shared Services CR S.R.L. | 5,000.00 | Bill Payment | Recluta $4250.00, Admin $750.00 |
| 09/12/2022 | Axim Shared Services CR S.R.L. | 34,000.00 | Payroll & other expenses | SCP 1st cycle $32,049.41, Tfr to Colones acct, admin |

| 08/18/2022 | Axim Shared Services CR S.R.L. | 45,000.00 | Payroll & other expenses | Wework, $9,247.50, BHL $2467.50, SCP Admin $1350, Recluta $1,500, Nortec $1458.28, $754.95, SCP Mth end |
| 08/11/2022 | Axim Shared Services CR S.R.L. | 10,000.00 | Payroll | SCP AuG mid mth Link to # 30 |
| 08/04/2022 | Axim Shared Services CR S.R.L. | 20,000.00 | Payroll | SCP Aug mid mth $32,022.90 |
| 07/25/2022 | Axim Shared Services CR S.R.L. | 30,000.00 | Payroll | SCP July Mth end $30,173.98 |
| 07/22/2022 | Axim Shared Services CR S.R.L. | 15,000.00 | Payroll | SCP July mid month SCP $26,480.99, link to # 27 |
| 07/18/2022 | Axim Shared Services CR S.R.L. | 15,000.00 | Payroll | SCP July mid month build up reserve |
| 06/23/2022 | Axim Shared Services CR S.R.L. | 45,000.00 | Payroll & other expenses | WeWork $9247.50, BHL $2,477.50, Procomer $213, Medical Insurance $1365, GPS Recruitment $870.00, SCP Admin $1,365.00, Nortec $1552.93, SCP mth end |
| 06/15/2022 | Axim Shared Services CR S.R.L. | 27,000.00 | Payroll & other expenses | SCPJune 22  Mid Month $25,527.70, Admin |
| 05/26/2022 | Axim Shared Services CR S.R.L. | 45,000.00 | Payroll & other expenses | May mth end, Wework $9,247.50, BHL $2467.50, Procomer $204.66, Medical Insurance $579.73, medical Insurance CG $2013.48, SCP Admin $1400.00, SCP mth end |
| 05/12/2022 | Axim Shared Services CR S.R.L. | 26,000.00 | Payroll & other expenses | SCP May mid month $25,362.32, Admin $637.68 |
| 04/22/2022 | Axim Shared Services CR S.R.L. | 43,000.00 | Payroll & other expenses | April mth end, Wework $9,247.50, BHL $2,467.50, SCP Admin $1350.00, Procomer $200.00, Recluta $500, Medical Insurance $723.95, SCP mth end $24,889.90 |
| 04/08/2022 | Axim Shared Services CR S.R.L. | 25,250.00 | Payroll & other expenses | SCP April 22 Mid month $24,009.78, Tfr to Colones acct $73.52, fees $5 |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 30.00 | Expense | |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | 3rd party expense | |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 9,970.00 | 3rd party expense | WEWork $9,247.50 & Admin |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | Payroll & other expenses | Could not transfer large amount, so had to make 6 payments under $5k, no 'bank dongle' |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | Payroll & other expenses | SCP $17,795.24, SCP Admin $1,350.00, Wework $9,247.50, BHL $2467.50, GPS $736.56, Colones acct $538, Fees $227.40 & Admin |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | Payroll & other expenses | |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | Payroll & other expenses | |
| 03/28/2022 | Axim Shared Services CR S.R.L. | 4,995.00 | Payroll & other expenses | |
| 03/09/2022 | Axim Shared Services CR S.R.L. | 50.00 | 3rd party expense | US Bank fees |
| 03/09/2022 | Axim Shared Services CR S.R.L. | 4,950.00 | Payroll & other expenses | |
| 03/09/2022 | Axim Shared Services CR S.R.L. | 27,970.00 | Payroll & other expenses | SCP mid month March 22 $29,962.79, Expenses $25.24, Bank fees $5.75 |
| 03/09/2022 | Axim Shared Services CR S.R.L. | 30.00 | Payroll | US Bank fees |
| 02/23/2022 | Axim Shared Services CR S.R.L. | 48,800.00 | Payroll & other expenses | Feb 22 Month end, Wework $9,247.50, BHL $2467.50, Procomer $200, SCP Admin $2,073.95, SCP/GPS $600, GPS $660, Laptop $1357.25, CG Exps $300.74, SCP Feb Month end $27,555.15 |
| 02/10/2022 | Axim Shared Services CR S.R.L. | 27,000.00 | Payroll | SCP Feb 22 Mid month £28,649.58, & Admin |
| 01/24/2022 | Axim Shared Services CR S.R.L. | 42,062.30 | Payroll & other expenses | Jan 22 month end, Wework $9,247.50, BHL $2,350.00, SCP Admin $1350.00, Medical Insurance $723.95, GPS Recruitment $3,400.00, Staff Expenses $41.76, admin bank fees $200, SCP $22,737.88 |

| 01/07/2022 | Axim Shared Services CR S.R.L. | 23,064.05 | Payroll | SCP $21,918.15 plus admin |
|---|---|---|---|---|

**Joint Exhibit to SOFA Nos. 4, 13, & 30**

**Payment to Insiders - individuals (1/1/22 - 3/15/24)**

| Date | Payee | Description/Title | Payment (USD) | Comment |
|---|---|---|---|---|
| 11/21/2023 | Peter Thompson | COO | $ 14,940.15 | UK Contractor July Fees |
| 11/06/2023 | Chris Kay | CTO | $ 1,270.50 | UK Contractor July Fees - payment on account |
| 11/06/2023 | Peter Thompson | COO | $ 5,810.40 | T&E expenses |
| 07/03/2023 | Peter Thompson | COO | $ 21,281.11 | PJT short term liquidity loan repayment |
| 06/20/2023 | Scott Sweet | CEO | $ 36.21 | T&E expenses - debit card |
| 06/09/2023 | Peter Thompson | COO | $ 12,868.00 | PJT short term liquiduty loan repayment |
| 05/15/2023 | Scott Sweet | CEO | $ 2,000.00 | SS short term liquidity loan repayment |
| 04/04/2023 | Rebecca Johnson | CKO | $ 1,350.52 | T&E expenses |
| 01/31/2023 | Peter Thompson | COO | $ 1,265.80 | T&E expenses |
| 01/31/2023 | Scott Sweet | CEO | $ 1,000.00 | T&E expenses |
| 12/05/2022 | Scott Sweet | CEO | $ 500.00 | T&E expenses |
| 12/05/2022 | Peter Thompson | COO | $ 624.00 | T&E expenses |
| 11/01/2022 | Scott Sweet | CEO | $ 500.00 | T&E expenses |
| 11/01/2022 | Peter Thompson | COO | $ 587.60 | T&E expenses |
| 10/14/2022 | Scott Sweet | CEO | $ 32.04 | T&E expenses - debit card |
| 09/30/2022 | Scott Sweet | CEO | $ 49.72 | T&E expenses - debit card |
| 09/30/2022 | Scott Sweet | CEO | $ 450.28 | T&E expenses - debit card |
| 09/30/2022 | Peter Thompson | COO | $ 572.80 | T&E expenses |
| 08/30/2022 | Scott Sweet | CEO | $ 1,000.00 | T&E expenses |
| 08/30/2022 | Peter Thompson | COO | $ 1,195.00 | T&E expenses |
| 08/08/2022 | Scott Sweet | CEO | $ 1,255.70 | T&E expenses |
| 07/05/2022 | Scott Sweet | CEO | $ 38.76 | T&E expenses - debit card |
| 07/01/2022 | Scott Sweet | CEO | $ 1,500.00 | T&E expenses |
| 07/01/2022 | Peter Thompson | COO | $ 1,851.45 | T&E expenses |
| 06/15/2022 | Scott Sweet | CEO | $ 62.84 | T&E expenses - debit card |
| 06/13/2022 | Scott Sweet | CEO | $ 149.08 | T&E expenses - debit card |
| 04/19/2022 | Ms Rebecca Johnson | CKO | $ 890.15 | T&E expenses |
| 03/29/2022 | Scott Sweet | CEO | $ 3,000.00 | T&E expenses |
| 03/28/2022 | Peter Thompson | COO | $ 4,039.20 | T&E expenses |
| 01/20/2022 | Peter Thompson | CEO | $ 4,191.60 | PJT short term liquidity loan repayment |
| 01/20/2022 | Scott Sweet | CEO | $ 11,000.00 | SS short term liquidity loan repayment |

**P Thompson - Business expenses paid by Axim Inc UK Ltd\***

| Date | Payee | Description/Title | Total | Comment |
|---|---|---|---|---|
| 8/2/2023 | Peter Thompson (GBP) | COO | $ 2,049.08 | T&E expenses |
| 10/26/2023 | Peter Thompson (GBP) | COO | $ 1,105.00 | T&E expenses |
| 10/26/2022 | Peter Thompson (GBP) | COO | $ 1,991.44 | T&E expenses |
| 10/22/2022 | Peter Thompson (GBP) | COO | $ 333.74 | T&E expenses |
| 10/26/2022 | Peter Thompson (GBP) | COO | $ 539.36 | T&E expenses |
| 5/11/2022 | Peter Thompson (GBP) | COO | $ 658.01 | T&E expenses |
| 5/11/2022 | Peter Thompson (GBP) | COO | $ 535.09 | T&E expenses |
| 6/1/2022 | Peter Thompson (GBP) | COO | $ 1,410.07 | T&E expenses |
| 6/1/2022 | Peter Thompson (GBP) | COO | $ 2,165.63 | T&E expenses |

**C Kay - Business expenses paid by Axim Inc UK Ltd\***

| Date | Payee | Description/Title | Total | Comment |
|---|---|---|---|---|
| 10/7/2023 | Chris Kay (GBP) | CTO | $ 1,683.43 | T&E expenses |
| 6/19/2023 | Chris Kay (GBP) | CTO | $ 599.45 | T&E expenses |
| 6/19/2023 | Chris Kay (GBP) | CTO | $ 2,060.80 | T&E expenses |
| 1/23/2023 | Chris Kay (GBP) | CTO | $ 423.47 | T&E expenses |
| 8/16/2022 | Chris Kay (GBP) | CTO | $ 1,406.53 | T&E expenses |

| 11/5/2022 | Chris Kay (GBP) | CTO | $ | 338.65 | T&E expenses |
| 3/30/2022 | Chris Kay (GBP) | CTO | $ | 1,462.20 | T&E expenses |
| 2/7/2022 | Chris Kay (GBP) | CTO | $ | 261.80 | T&E expenses |

\* These expense payments were included in the payments from Axim Inc to Axim UK and then subsequently paid to the employees. Expense claims were submitted in £ and have been converted to $ using the rate £1 = $1.2 for forex purposes

## Axim Inc - Officers Directorships

| Name | Description / title | Country of domicile | Director Y/N | Directorships | | | | | | Stock holding | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | | Axim Inc - USA | | Axim Inc (UK) Ltd - UK | | Axim SSC SRL - C Rica | | | | |
| | | | | From | To | From | To | From | To | Axim Inc | Axim UK | Axim CR |
| Scott Sweet | CEO | USA | Yes | 9/26/16 | Current | 5/28/20 | Current | 9/11/2020 | Current | 0% | 0% | 1% |
| Peter Thompson* | COO | UK | Yes | 9/30/19 | Current | 5/28/20 | Current | 9/11/2020 | Current | 0% | 0% | 1% |
| Christopher Kay* | CTO | UK | Yes | 9/30/19 | 7/31/23 | 5/28/20 | 7/31/23 | n/a | n/a | 0% | 0% | 0% |
| Rebecca Johnson | CKO | USA | Yes | 9/30/19 | Current | n/a | n/a | n/a | n/a | 0% | 0% | 0% |
| Terrence Healy | CRO | USA | Yes | 9/30/19 | 10/31/22 | n/a | n/a | n/a | n/a | 0% | 0% | 0% |

## Axim Inc - Officers (Insiders) Salary & Benefits

| Name | Description / title | 2022 Salary & Benefits Info | | | |
|------|------|------|------|------|------|
| | | Period | Salary | Benefits | Total |
| Scott Sweet | CEO | 1/1/22 - 12/31/22 | $ 150,000 | $ 43,177 | $ 193,177 |
| Peter Thompson* | COO | 1/1/22 - 12/31/22 | $ 144,000 | $ 16,352 | $ 160,352 |
| Christopher Kay* | CTO | 1/1/22 - 12/31/22 | $ 136,200 | $ 11,430 | $ 147,630 |
| Rebecca Johnson | CKO | 1/1/22 - 12/31/22 | $ 172,500 | $ 26,680 | $ 199,180 |
| Terrence Healy | CRO | 1/1/22 - 10/31/22 | $ 147,940 | $ 12,758 | $ 160,698 |

| Name | Description / title | 2023 Salary & Benefits Info | | | |
|------|------|------|------|------|------|
| | | Period | Salary | Benefits | Total |
| Scott Sweet | CEO | 1/1/23 - 10/31/23 | $ 71,042 | $ 33,107 | $ 104,149 |
| Peter Thompson* | COO | 1/1/23 - 7/31/23 | $ 72,000 | $ 9,744 | $ 81,744 |
| Christopher Kay* | CTO | 1/1/23 - 7/31/23 | $ 68,400 | $ 6,749 | $ 75,149 |
| Rebecca Johnson | CKO | 1/1/23 - 8/18/23 | $ 85,545 | $ 17,056 | $ 102,601 |

* payments were made to Axim Inc UK as Kay & Thompson were employed by that entity and Axim UK then paid the employees in £. Average exchange rate of £1 = $1.20 for forex purposes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re __Axim, Inc._____     Case No. _____
                                    Debtor(s)             Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____15,000.00

    Prior to the filing of this statement I have received _____  $ _____15,000.00

    Balance Due _____  $ _____0.00

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in discharge/dischargeability actions, judicial lien avoidance, relief from stay proceedings, any other adversary proceedings, or appeals of bankruptcy court orders.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 10, 2024_____          /s/ Andrew T. Houston_____
*Date*                                      **Andrew T. Houston 36208**
                                            *Signature of Attorney*
                                            **Moon Wright & Houston, PLLC**
                                            **212 N. McDowell Street**
                                            **Suite 200**
                                            **Charlotte, NC 28204**
                                            **704-944-6560  Fax: 704-944-0380**
                                            **ahouston@mwhattorneys.com**
                                            *Name of law firm*

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Axim, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 10, 2024** _____

**/s/ Scott Sweet** _____

**Scott Sweet**/**CEO**
Signer/Title

.

Aim SSC CR SRL
Montes de Oca
San Pedro
San Jose, SJ 11501


Alliance Technology Group LLC
Randall McCrea
7010 HI Tech Dr
Hanover, MD 21076


Alliantist Ltd
Sussex Innovation Centre Science Park Sq
Falmer
Brighton, East Sussex BN1 9SB


Allianz
100 International Drive 22nd Floor
Baltimore, MD 21202


Amazon
410 Terry Avenue North
Seattle, WA 98109-5210


American Red Cross
Tish Whitaker
Shared Services Centre
PO Box 410500
Charlotte, NC 28241-0500


ARI
John Calogero
4001 Leadenhall Road
Mount Laurel, NJ 08054


AT&T Services, Inc
Beth Edwards
PO Box 66524
Saint Louis, MO 63166


Avant  LLC
Michael Litwin
222 N. LaSalle St., Suite 1700
Chicago, IL 60601

Avaya Federal Solutions, Inc.
Mitzie A. Hatchett
12730 Fair Lakes Cir
Fairfax, VA 22033


Avaya Inc
Reema Gupta
4655 Great America Parkway
Santa Clara, CA 95054


AWS
410 Terry Avenue North
Seattle, WA 98101


Axim Inc (UK) Ltd
20-22 Wenlock Road
London N1 7GU


Bank of America
BofA Business Card
PO Box 15796
Wilmington, DE 19886


Benefis Health System
Matt Raab
1101 26th St. S,
Great Falls, MT 59405


BrownRudnick LLP (CXA)
One Financial Center
Boston, MA 02111


Bullseye Media
322 1st Avenue Suite 500
Minneapolis, MN 55401


Carahsoft Technology Corp
Bryan Jenkins
11493 Sunset Hills RoadSuite 100
Reston, VA 20190


Cazandra LLC
407 Lincoln Rd  Ste 6G
Miami Beach, FL 33139

Charles Russell Speechlys
5 Fleet Place
London UK
EC4M 7RD


Chris Byrom
Little Acres, Ford Lane
Trottiscliffe
West Mailling, Kent ME19 5DP


Chris Kay
19 St Albans Road
Halifax, West Yorkshire HX3 0ND


Citibank, N.A.
Its Branches, Subsidiaries and Affiliate
388 Greenwich Street, 10th Floor
New York, NY 10013


ConvergeOne
Joe Reed
10900 Nesbitt Avenue South
Bloomington,, MN 55437


ConvergeOne, Inc.
10900 Nesbitt Avenue South
Minneapolis, MN 55437


CoxCom LLC
Melissa Rockwell
6305B Peachtree Dunwoody Rd
Atlanta, GA 30038


CT Corporation
P.O. Box 4349 Carol Stream
IL 60197


CT Corporation System, as representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


Deloitte
Mike Syed
7900 Tysons One Place
McLean, VA 22012

First Corporate Solutions, Inc.
As Representative
914 S. Street
Sacramento, CA 95811


Globalisation Partners
Ton Dedman
175 Federal Street, 17th Floor
Boston, MA 02110


Green Drake Limited
125 Winchester Road
Chandlers Ford
Eastleigh, Hampshire SO53 2DR


HM Weis Consulting
4221 Crawford Drive
Pensacola, FL 32504


Humana
Julie Castrup
PO Box 14750
Lexington, KY 40512


Humana
500 West Main Street
Louisville, KY 40202


Intelication
Calli Wright
410 Berry St SE
Vienna, VA 22180


Jason Pharmaceuticals Inc
Guru Mony
100 International Drive
Baltimore, MD 21202


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


LSQ
Kevin Wright
315 E Robinson St., Suite 200
Orlando, FL 32801

Marcus H Gates Jr
13713 Grove Pond Drive
Midlothian, VA 23114


Millennium Software Inc
Jay Patel
200 Town Centre, Suite 300
Southfield, MI 48075


Millersoft Ltd
Stuart House, Eskmills, Station Rd
Musselburgh EH21 7PB


Peter Thompson
33 Barns Dene
Harpenden, Herts AL5 2HH


QBurst Technologies Inc
Saju Davasia
4414 Roundtree Lane
Missouri City, TX 77459


Rebecca E Johnson
13608 N 12th Way
Phoenix, AZ 85022


Richard M Dawson
4600 Park Rd, Ste 104
Charlotte, NC 28209


Rob Hendricks Consulting LLC
2209 E 2650 N
Logan, UT 84341


Sandler Partners
Courtney Morrow
423 S Pacific Coast Hwy, Suite 205
Redondo Beach, CA 90277


SAP Concur
Concur Technologies Inc.
601 108th Avenue
Bellevue, WA 98004

Scott Sweet
3617 Nancy Creek Rd
Charlotte, NC 28270


Sellers, Ayres, Dortoch, Lyons
301 S McDowell Street, Suite 410
Charlotte, NC 28204


Small Business Administration
409 3rd St., SW
Washington, DC 20416


Small Business Administration
PO Box 3918
Portland, OR 97208-3918


Spry Squared
Stephen Spry
6 Inverness Court East, Suite 240
Englewood, CO 80112


Stafford County Public Schools
31 Stafford Ave
Stafford, VA 22554


Synnex
Adam Wilson
44201 Nobel Dr
Fremont, CA 94538


T-Metrics Inc.
Arthur Pravato
4430 Stuart Andrews Boulevard
Charlotte, NC 28217


Terence Healy
1710 Creek Street
Kill Devil Hills, NC 27948


The Southern Bank Company
221 South 6th Street
Gadsden, AL 35901

Trinet
1 Park Place, Suite 600
Dublin, CA 94568


TTEC Technology, LLC
Brian Carmichael
6500 Riverplace Boulevard
Building 2 Suite 301
Austin, TX 78730


Verizon Sourcing
Theresa Lam
One Verizon Way
Basking Ridge, NJ 07920


Viable Resources Inc.
6547 Midnight Pass Road, No. 67
Sarasota, FL 34242


Waterfield
Phil Murphy
130 Produce Avenue, Suite C
South San Francisco, CA 94080


WK Lien Solutions
PO Box 29071
Glendale, CA 92109-9071


Zoom
55 Almaden Blvd.
San Jose, CA 95113


Zoom Video Communications, Inc.
55 Almaden Blvd #600
San Jose, CA 95113

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Axim, Inc.**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Axim, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Green Drake Limited
125 Winchester Road
Chandlers Ford
Eastleigh, Hampshire SO53 2DR**

☐ None [*Check if applicable*]

**April 10, 2024**

Date

**/s/ Andrew T. Houston**

**Andrew T. Houston 36208**

Signature of Attorney or Litigant
Counsel for    **Axim, Inc.**
**Moon Wright & Houston, PLLC**
**212 N. McDowell Street
Suite 200
Charlotte, NC 28204
704-944-6560 Fax:704-944-0380
ahouston@mwhattorneys.com**